**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: David Schwarz                                               CHAPTER 13
             Carol Schwarz

                            Debtor(s)                          BKY. NO. 20-11376 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                                      Respectfully submitted,

                                                      /s/Rebecca A. Solarz
                                                      Rebecca Solarz
                                                      15 Sep 2020, 16:46:15, EDT

                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                     Philadelphia, PA 19106-1532
                                                     (215) 627-1322