Certificate Number: 17572-PAE-DE-037059869

Bankruptcy Case Number: 20-11376



17572-PAE-DE-037059869

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2022, at 1:14 o'clock PM PST, David Schwarz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 22, 2022                By:   /s/Leigh-Anna M Thompson

Name:   Leigh-Anna M Thompson

Title:   Counselor